Heidi Davonne Brown
117 N Lafayette Blvd
South Bend, Indiana
46601

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

SOUTH BEND DIVISION

HEIDI DAVONNE BROWN,

    Plaintiff

CASE #
3:24-CV-261-DRL-MGG

V.

SOUTH BEND HOUSING AUTHORITY,

    Defendant

-FILED-

APR 30 2025

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

### REQUEST FOR EXTENSION OF TIME

COMES NOW, the Plaintiff, Pro Se, Heidi Davonne Brown REQUEST FOR EXTENSION OF TIME FOR COMPLETION OF PRE-DISCOVERY DISCLOSURE STATEMENT does allege and state:

    Ms Brown would like to request an extension of time for the completion of the Pre-Discovery Disclosure Statement due May 2nd 2025. Ms. Brown has limited

access to computers, wifi, and other required applications required to assist with the preparation of the above mentioned document.

Ms. Brown has started the following document, and is aware that all discovery disclosures are not due until mid Aug.;however; Brown looks forward to the completion and fulfillment of the requested information and a timely submission.

Heidi Davonne Brown

/s/ Heidi Davonne Brown
Heidi Davonne Brown
117 N Lafayette Blvd.
South Bend, Indiana 46601
(574)703-8242

## CERTIFICATE OF SERVICE

I, Heidi Davonne Brown, certify that and a correct copy of the foregoing *Request for Extension of Time for the completion of Pre Discovery Disclosure Statement* has been electronically delivered to the United States District Court, Northern District of Indiana, South Bend Division on this 30th day of April 2025.

/s/ Heidi Davonne Brown
Heidi Davonne Brown